Thomas A. Gilson, SBN 022460
**ROSE LAW GROUP PC**
7144 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Phone: (480) 505-3936
Fax: (480) 505-3925
Tgilson@roselawgroup.com
docket@roselawgroup.com

Adam J. Levitt (Bar No. 038655)
John E. Tangren (admitted *pro hac vice)*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Alexander E. Barnett (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
abarnett@dicellolevitt.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Gehring, Harold Hunt, and Jeana Norris, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>American Portfolios Advisors, Inc., Osaic, Inc., Osaic Institutions, Inc., and Osaic Wealth, Inc.<br><br>Defendants. | Case No. 2:25-cv-00367-KML<br><br>PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER AND CONSOLIDATE RELATED CASE NO. 2:26-cv-06633-MTL WITH THIS ACTION AND FOR MODIFICATION OF THE SCHEDULING ORDER |

Pursuant to Federal Rule of Civil Procedure 42(a), and L.R.Civ. 42.1(a)-(b), Robert Gehring, Harold Hunt, and Jeana Norris ("Plaintiffs") respectfully move this Court for an order transferring the related matter, *Robin Nackman et al. v. American Portfolios Financial Services, Inc.*, Case No. 2:26-cv-06633-MTL ("*Nackman*"), to the Honorable Krissa M. Lanham and consolidating it with this case, *Gehring et al. v. American Portfolios Advisors, Inc.* ("*Gehring*"), for all purposes, and to modify the consolidated schedule, as set forth below.

Counsel for the Plaintiffs have conferred with counsel for Defendants who stated the following position. There is insufficient time within the existing case schedule to accommodate consolidation of the *Nackman* action into the *Gehring* action. Therefore, Defendants would oppose consolidation if Plaintiffs' request for a schedule extension were denied. Put another way, Defendants' non-opposition to consolidation is contingent on the six-month schedule extension that Plaintiffs have proposed in this motion.

Specifically, Plaintiffs respectfully request that the Court enter an order:

1. Transferring *Nackman et al. v. American Portfolios Financial Services, Inc. et al.*, Case No. 2:26-cv-06633-MTL, to the Honorable Krissa M. Lanham pursuant to LRCiv 42.1(a);

2. Consolidating *Nackman* with *Gehring et al. v. American Portfolios Advisors, Inc. et al.*, Case No. 2:25-cv-00367-KML (the "*Gehring* action"), for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

3. Designating the *Gehring* action as the lead case for consolidated administration;

4. Directing that filings addressing issues common to both actions be filed in the lead case and bear the notation, "This Document Relates to: All Consolidated Cases," unless otherwise directed by the Court;

5. Directing the Clerk of the Court to cross-reference the dockets of the actions and identify the *Gehring* action as the lead case; and

6. Modifying the current schedule in the *Gehring* action to accommodate the consolidation as follows:

| **Event** | **Previous Deadline (*Gehring*)** | **Proposed Deadline (consolidated matter)** |
|---|---|---|
| Motion for Class Certification, including any Expert Declarations in Support Thereof | December 11, 2026 | June 11, 2027 |
| Response to Motion for Class Certification | January 25, 2027 | July 26, 2027 |
| Reply in Support of Class Certification | February 24, 2027 | August 24, 2027 |
| Plaintiffs' Expert Disclosures | March 25, 2027 | September 27, 2027 |
| Last day to serve written discovery | April 13, 2027 | October 13, 2027 |
| Defendants' Expert Disclosures | April 29, 2027 | October 29, 2027 |
| Plaintiffs' Expert Rebuttal | May 13, 2027 | November 15, 2027 |
| Last day to start depositions | May 22, 2027 | November 22, 2027 |
| Completion of discovery, including expert depositions | May 28, 2027 | November 29, 2027 |
| Dispositive Motions | | Within 90 days after a ruling on class certification |

7. Ordering that the *Nackman* Plaintiffs (a) turn over the documents and information that the parties negotiated in *Gehring* in response to Defendants' First Set of

Requests for Production and First Set of Interrogatories and (b) comply with the terms of the Court's Order dated October 27, 2026 (ECF No. 106), in both cases with a rolling production to begin within thirty (30) days of the date of an order of consolidation, with substantial completion to take place within sixty (60) days of an order of consolidation.

Respectfully submitted,

DATED: October 30, 2026.

*<u>/s/ Thomas A. Gilson</u>*

Thomas A. Gilson
**ROSE LAW GROUP PC**
7144 E. Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Tel.: (480) 505-3934
tgilson@roselawgroup.com

*Local Counsel for Plaintiffs and the Proposed Class*

*<u>/s/ Jason T. Dennett</u>*

Jason T. Dennett*
**MILBERG, PLLC**
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: (866) 252-0878
jdennett@milberg.com

Adam J. Levitt (Bar No. 038655)
John E. Tangren*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Alexander E. Barnett*
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
abarnett@dicellolevitt.com

*Counsel for Plaintiffs and the Proposed Class*

Kim D. Stephens, P.S.*
**TOUSLEY BRAIN STEPHENS PLLC**
1200 5th Avenue, Suite 1700
Seattle, WA 98101
Tel.: (206) 682-5600
kstephens@tousley.com

Steven M. Jodlowski*
John T. Jasnoch*
Anna Park*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-544-8142
sjodlowski@scott-scott.com
jjasnoch@scott-scott.com
apark@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

Aaron Morris*
Andrew Robertson*
**MORRIS KANDINOV LLP**
305 Broadway, 7th Floor
New York, NY 10007
Tel.: (332) 240-4024
aaron@moka.law
andrew@moka.law

*Counsel for Plaintiff Robert Gehring*

Jonathan R. Chally*
Stephen D. Councill*
Joshua P. Gunnemann*
**COUNCILL, GUNNEMANN & CHALLY, LLC**
75 14th Street, NE,
Suite 2475
Atlanta, GA 30309
Tel.: (404) 407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

*Additional Counsel for Plaintiffs and the Proposed Class*

**pro hac vice granted*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants in this case.

*/s/ Esperanza Quintana*