**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Robert Gehring, et al.,

Plaintiffs,

v.

Osaic Holdings Incorporated, et al.,

Defendants.

No. CV-25-00367-PHX-KML

**ORDER**

This order relates to Plaintiffs' Unopposed Motion to Transfer and Consolidate Related Case No. CV-26-06633-PHX-MTL. (Doc. 108.) Before resolving that motion, the parties must clarify whether they are asking the court to: (1) transfer the related matter and designate the present action as the lead case while still permitting separate filings in each case, including separate motions and, if needed, separate trials; or (2) transfer the related matter, dismiss case no. CV-26-06633-PHX-MTL, and order plaintiffs to file a consolidated class action complaint. The court believes the latter option is far more efficient. If the parties are requesting the former option, the court is inclined to deny the motion.

The parties are also explicitly advised that if the court adopts the proposed extended consolidated deadlines, those deadlines will not be extended absent extraordinary circumstances and despite pending motions. For example, if defendants responded to the new claims in the consolidated complaint by filing a motion to dismiss, discovery would proceed as to all claims and the parties would need to complete class-certification briefing

while that motion is pending. The parties' joint statement must indicate whether, given these caveats, defendants continue to join the motion to transfer.

Finally, the parties' joint statement must also propose a deadline for good-faith settlement talks to occur before dispositive motions are filed.

Accordingly,

**IT IS ORDERED** that no later than **November 6, 2026**, the parties shall file a joint statement of no more than two pages addressing the matters above.

Dated this 3rd day of November, 2026.

Honorable Krissa M. Lanham
United States District Judge