Adam J. Levitt (Bar No. 038655)
John E. Tangren (admitted *pro hac vice)*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Alexander E. Barnett (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
abarnett@dicellolevitt.com

*Counsel for Plaintiffs and the Proposed Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Gehring, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Osaic Holdings Incorporated, et al.,<br><br>Defendants. | No.: 2:25-cv-00367-KML<br><br>**JOINT STATEMENT IN RESPONSE TO THE COURT'S NOVEMBER 3, 2026, ORDER CONCERNING CONSOLIDATION** |

Pursuant to the Court's November 3, 2026 Order (Doc. 109), the parties jointly submit the following statement concerning Plaintiffs' Unopposed Motion to Transfer and Consolidate Related Case No. 2:26-cv-06633-MTL with This Action and for Modification of the Scheduling Order (Doc. 108) ("Unopposed Motion").

Pursuant to the Court's instruction, Plaintiffs clarify that they are requesting that the Court issue an Order: (1) transferring *Nackman et al. v. American Portfolios Financial Services, Inc., et al.*, No. 2:26-cv-06633-MTL, to this Court, (2) consolidating *Nackman* with this action for all purposes, (3) dismissing the separate Case No. 2:26-cv-06633-MTL, and (4) ordering Plaintiffs to file a consolidated class action complaint in this case that will consolidate the two existing pleadings into a single pleading and reflect the scope of the claims and the class that the *Nackman* plaintiffs seek to represent, *see* Dkt. No. 108-1 at 11-12, but that will not add parties or claims beyond those in the two existing complaints.

Consistent with that understanding, Plaintiffs maintain their request for the proposed extended consolidated deadlines set forth in Plaintiffs' Unopposed Motion.

In response to the Court's inquiry, Defendants' non-opposition to transfer and consolidation is not affected by the caveats set forth in the November 3, 2026 Order. As set forth in the Unopposed Motion, Defendants' position is that there is insufficient time within the existing case schedule to accommodate consolidation of the *Nackman* action into the present action. Therefore, Defendants would oppose consolidation if Plaintiffs' request for a schedule extension were denied. Put another way, Defendants' non-opposition to consolidation is contingent on the schedule extension that Plaintiffs have proposed in the Unopposed Motion.

The parties acknowledge the Court's admonition that, if adopted, the extended consolidated deadlines will not be further extended absent extraordinary circumstances and despite pending motions. The parties further acknowledge that if Defendants move to dismiss a consolidated class action complaint, discovery would proceed as to all claims and the parties would need to complete class-certification briefing while that motion is pending.

The parties propose that the consolidated class action complaint be filed by December 3, 2026 and that Defendants respond to the consolidated class action complaint by January 15, 2027.

The parties jointly propose that good-faith settlement discussions occur no later than 30 days before dispositive motions are filed.

DATED: November 6, 2026. Respectfully submitted,

*/s/ Andrew Rhys Davies*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Lori A. Martin (admitted *pro hac vice*)
Andrew Rhys Davies (admitted *pro hac vice*)
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
lori.martin@wilmerhale.com
andrew.davies@wilmerhale.com

Robert K. Smith (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
robert.smith@wilmerhale.com

**STINSON LLP**
Dan W. Goldfine (#018788)
Bernard E. Gburek III (#041030)
1850 North Central Avenue, Suite 2100
Phoenix, AZ 85004
Telephone: (602) 212-8661
dan.goldfine@stinson.com
bernard.gburek@stinson.com

*Counsel to Defendants*

*/s/ Adam J. Levitt*
Adam J. Levitt (Bar No. 038655)
John E. Tangren
(admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com

Alexander E. Barnett
(admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
abarnett@dicellolevitt.com

Jason T. Dennett
(admitted *pro hac vice*)
**MILBERG, PLLC**
1700 7th Ave, Suite 2100
Seattle, WA 98101
Tel: (516) 515-9124
jdennett@milberg.com

Kim D. Stephens, P.S.
(admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 5th Avenue, Suite 1700
Seattle, WA 98101
Tel.: (206) 682-5600
kstephens@tousley.com

Steven M. Jodlowski
(admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-233-4565
sjodlowski@scott-scott.com

*Counsel for Plaintiffs Robert Gehring,*

*Harold Hunt, Jeana Norris, and the Proposed Class*

Aaron Morris
(admitted *pro hac vice*)
Andrew Robertson
(admitted *pro hac vice*)
**MORRIS KANDINOV LLP**
305 Broadway, 7th Floor
New York, NY 10007
Tel.: (332) 240-4024
aaron@moka.law
andrew@moka.law

*Counsel for Plaintiff Robert Gehring*

Jonathan R. Chally
(admitted *pro hac vice*)
Stephen D. Councill
(admitted *pro hac vice*)
Joshua P. Gunnemann
(admitted *pro hac vice*)
**COUNCILL, GUNNEMANN & CHALLY, LLC**
75 14th Street, NE, Suite 2475
Atlanta, GA 30309
Tel.: (404) 407-5250
jchally@cgc-law.com
scouncill@cgc-law.com
jgunnemann@cgc-law.com

*Additional Counsel for Plaintiffs and the Proposed Class*