**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Gehring, et al.,<br>Plaintiffs,<br>v.<br>Osaic Holdings Incorporated, et al.,<br>Defendants. | No. CV-25-00367-PHX-KML<br>CV-26-06633-PHX-MTL<br><br>**ORDER** |

Plaintiffs filed an unopposed motion to consolidate CV-26-06633-PHX-MTL with CV-25-00367-PHX-KML. (Doc. 108.) The parties subsequently clarified that, if the court adopts their proposed schedule, they agree to transfer CV-26-06633-PHX-MTL, consolidate that case with CV-25-00367-PHX-KML, dismiss CV-26-06633-PHX-MTL, and file a consolidated class action complaint. (Doc. 110). Pursuant to Local Rule of Civil Procedure 42.1, and having consulted with Judge Liburdi, the unopposed motion is granted.

**IT IS ORDERED** the Motion to Transfer (Doc. 108) is **GRANTED**. The Clerk of Court shall transfer CV-26-06633-PHX-MTL to the undersigned. The Clerk of Court shall docket this order in CV-25-00367-PHX-KML and CV-26-06633-PHX-MTL.

**IT IS FURTHER ORDERED** no later than **December 3, 2026**, plaintiffs shall file a consolidated class action complaint. Upon the filing of that complaint, CV-26-06633-PHX-MTL will be dismissed. Defendants shall respond to the consolidated class action complaint no later than **January 15, 2027**.

**IT IS FURTHER ORDERED** the following case management deadlines shall

apply to the consolidated case:

- Motion for Class Certification, including any Expert Declarations in Support Thereof: **June 11, 2027**;
- Response to Motion for Class Certification: **July 26, 2027**;
- Reply in Support of Class Certification: **August 24, 2027**;
- Plaintiffs' Expert Disclosures: **September 27, 2027**;
- Last day to serve written discovery: **October 13, 2027**;
- Defendants' Expert Disclosures: **October 29, 2027**;
- Plaintiffs' Expert Rebuttal: **November 15, 2027**;
- Last day to start depositions: **November 22, 2027**;
- Completion of discovery, including expert depositions: **November 29, 2027**;
- Good-faith settlement discussions: Within **60 days** after a ruling on class certification;
- Dispositive Motions: Within **90 days** after a ruling on class certification.

Dated this 10th day of November, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**